FILED

daniel wayne, *Sui Juris*
By: and From:
Attorney in Fact, rona theresa
Care of 7802 killebrew drive
Annandale, virginia near [22003]
commonwealth virginia
on North America
*One of the People*

2018 JUN 21 P 2: 46

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

district court of the United States

Alexandria

| | |
|---|---|
| DANIEL W. FITZGERALD<br>[28 U.S.C. 1746(1)],<br>The United States, *ex relatione*<br>daniel wayne, *Sui Juris*<br>    Civil Cross-Claimant,<br>        Plaintiff,<br><br><br>        v.<br><br><br><br><br>Virginia Commonwealth<br>FRANK BUTTERY; et al -<br>[28 U.S.C. 1746(1)],<br><br>        Defendant.<br>_____<br><br><br>Frank Buttery, a person [28 U.S.C.1746(2)],<br>Justin Michael Weineke, a person [28 U.S.C.1746(2)],<br>Thomas William Gow, a person [28 U.S.C.1746(2)],<br>Lawrence D. Black, a person [28 U.S.C.1746(2)],<br>Michael L. Chapman, a person [28 U.S.C.1746(2)],<br>Maj. Mike Manning, a person [28 U.S.C.1746(2)],<br>Jim Plowman, a person [28 U.S.C.1746(2)],<br>Jason Grace, a person [28 U.S.C.1746(2)], | * Case No:   1: 18 CV 758<br>*<br>*                  AJT /TCB<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**PAGE 1 OF 6 – NOTICE OF VOID ORDER – NOTICE OF FRAUD**

Deputy TB Nelson 3123, a person [28 U.S.C.1746(2)], *
Deputy M. Lotz 2799, a person [28 U.S.C.1746(2)],   * [Lower Court's related cases
Edwin C. Roessler, a person [28 U.S.C.1746(2)],     *  GC16004874-77-00; CR00032242]
Stacey A. Kincaid, a person [28 U.S.C.1746(2)],     *
Dean S. Worcester, a person [28 U.S.C.1746(2)],     * **ANSWER to CHARGES-INDICTMENT**
Richard Banks a person [28 U.S.C.1746(2)], '        * **WITH IMMEDIATE HABEAS,**
Gary Clemmens, a person [28 U.S.C.1746(2)],         * **CORPUS AND RELEASE THE BODY**
Fernando Galinda, a person [28 U.S.C.1746(2)],      * Notice of Failure to Show Cause;
Officer Manzano 4324, a person [28 U.S.C.1746(2)],  * Notice of Joinder;
Tammy Hummer-Dinterman, a person [28 U.S.C.1746(2)], * Notice of High Court Action.
Fairfax County Police Officer Chung, a person [28 U.S.C.1746(2)]. * Writ to Cease and Desist Court Proceedings
Fairfax County Police Officer Bailey, a person [28 U.S.C.1746(2)]. *
Officer Sorto 4325, a person [28 U.S.C.1746(2)],    * Pending Agreement or Declaratory Judgment.
Deborah C. Welsh, a person [28 U.S.C.1746(2)],      *
Jeanette A. Irby * a person [28 U.S.C.1746(2)],     * Attachments:
Claude J. Beheler, a person [28 U.S.C.1746(2)],     * VIOLATION-NOTICE-OF-DISCHARGE
Jeffrey Mangeno, a person [28 U.S.C.1746(2)],       * CIVIL-DAMAGE-CLAIM-FOR NEGLI-
                                                    * GENCE AND COMPLIANCE ORDER
                                                    * served to each individual Respondent.
                                                    *
                                                    * [Federal Rules of Civil Procedure, Rule 42;
                                                    * Real Party in Interest, FRCP Rule 17(a); and
                                                    * Stay of Proceedings to Enforce, FRCP Rule 62(b)(4);
                                                    * Mandatory Joinder - Environmental Court Rule]

*     *     *     *     *     *     *     *     *     *     *     *     *     *

COMES NOW, **daniel wayne,** *Sui Juris*, one of the people of the United States of America, on North America, **and each** real party in interest and Civil Cross-Claimant, hereinafter "the people, **on North America**" and here in this court of record files this Notice of Civil Cross-Claim; Notice of Fraud Upon the Court; Notice of Fraud Upon the Judge; Notice of Void Order; Memorandum of Law; and Order to Show Cause with attachments into the above-defined case number of the above-defined agents of COMMONWEALTH OF VIRGINIA, et al, , and **including Frank Buttery,** et al [above] to wit:

1. On or about October 14, 2016, a revenue agent, hereinafter "*revenue* pirate," operating in

   practices of 'Trafficking of Persons' in aid of the claimed jurisdictions of the above-defined

   racketeering influenced corrupt organization (RICO) impersonating a "court of justice",

   upon the deeded easements of the above-defined municipal RICO, trespassed and detained

   the daniel wayne, *Sui Juris*" by issuing extortion demands to be evidenced by fraudulent

   documents filed upon the public record by said "*revenue* pirate" identified as "**GC16004874-**

   **00 thru 03; GC16004875-00; GC16004876-00, GC16004877-00, 107CR00032242-00**" without

   a warrant, [*cf*] VA Constitution]which filing(s) commenced the above-captioned cases.

2. On or about October 14, 2016 daniel wayne challenged the authority of the General District Court's authority over **daniel wayne, a christian living sentient being.**

3. On or about 15 March 2018, after much due diligence and investigation, the people determined there was information and good cause showing the Judge Frank Buttery, et al, after the fact, are and were knowingly committing unlawful discharge violations of Public Law 92-500, Sec. 2, Sec, 301(a), Sec. 306, and 307 occurring de novo, Real properties commonly known to the public as Loudoun County Adult Detention Center, et al, 42035 Loudoun Center Place, Leesburg, VA 20017; 18 East Market St., Leesburg, Loudoun County, VA 20176; 801 Sycolin Rd. SE, Leesburg, VA 20176, and Fairfax County Courthouse, 4110 Chain Bridge Rd., Fairfax, VA 22030; of which Respondents are listed and presumed on the records of the Loudoun or Fairfax County Recorder's office, et al, as 'owner.'

### Notice of Fraud Upon the Court

4. On or about 15 March, 2018, further investigation was done in regard to the address commonly known to the public as Loudoun County Adult Detention Center, et al 42035 Loudoun Center Place, Leesburg, VA 20017; 18 East Market St., Leesburg, VA 20176; 801 Sycolin Rd. SE, Loudoun County, Leesburg, VA 20176, 4110 Chain Bridge Rd., Fairfax, VA 22030, Fairfax, County, Virginia 22030; after the Fact, only to conclude the unlawful discharge violations occurring at said address de novo, constituting fraud upon the court.

### Fraud Upon the Judge

5. On or about March 15, 2018, further investigation was done in regard to the Honorable Judge Frank Buttery, et al, after the Fact, was done. The investigation resulted in

information to suggest the Honorable Judge Frank Buttery, et al, after the Fact, is

disqualified from acting as a judge/commissioner; Officer/Deputy for holding office during

'bad behavior' for committing Crimes punishable as a felony under federal law. *See, e.g.,*

California Constitution, Article 6, Section 18(a), full faith and credit.[1] and confirmed in the

Virginia Constitution

<div align="center">

### Memorandum of Law

</div>

6.    The Memorandum of Law is hereto attached and fully incorporated herein.

<div align="center">

RESERVATION

</div>

daniel wayne hereby and herein reserves the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined; and based upon the Holy Scripture (our authority from the Most High God we find in **Psalm 1:1-6** 1-Blessed is the man:

who walks not in the counsel of the wicked, nor stands in the way of sinners, nor sits in the seat of scoffers; but his delight is in the law of the Lord, and on his law he meditates day and night.

He is like a tree
    planted by streams of water
that yields its fruit in its season,
    and its leaf does not wither.
In all that he does, he prospers.
The wicked are not so,
    but are like chaff that the wind drives away.
Therefore the wicked will not stand in the judgment,
    nor sinners in the congregation of the righteous,
for the Lord knows the way of the righteous,
    but the way of the wicked will perish.

2Chronicles 14:1-6 only 4-6 expressed here.
...4And commanded Judah to seek the Lord God of their fathers, and to do the law and the commandment.
    Also he took away out of all the cities of Judah the high places and the images: and the kingdom was quiet before him.
    And he built fenced cities in Judah: for the land had rest, and he had no war in those years; because the LORD had given him rest.

2 Chronicles 14:7
    And he said to Judah, "Let us build these cities and surround them with walls and towers, gates and bars.  The land is still ours, because we have sought the LORD our God.  We have sought him, and he has given us peace on every side."  So they built and prospered.

Deuteronomy 17:16
    The king, moreover, must not acquire great numbers of horses for himself or make the people return to Egypt to get more of them, for the LORD has told you, "You are not to go back that way again."

Matthew 18:15
    "If your brother or sister sins, go and point out their fault, just between the two of you.  If they listen to you, you have won them over.

---

[1] A judge is disqualified from acting as a judge if there is information [or indictment] the judge is committing crimes punishable as a felony under federal law. [*See also* 33 U.S.C. § 1319(c)(3)(A).] Full Faith and Credit-Officer/Deputy.

Order to Show Cause

7.   The court, having reviewed the facts, the record, and the process by which all ruling(s) were issued, and finding that the judge/commissioner rendered and wrote rulings absent standing; and finding that the orderly decorum of the court was replaced by defective impromptu process and usurpation of legislative and court powers absent lawful qualification,

8.   And, finding that the clerk of the court improperly accepted for filing said order from the Honorable Judge Frank Buttery, et al,  who lacked lawful authority to issue any order(s), restraining the  releasing of Body, Habeas Corporus, daniel wayne

NOW, THEREFORE, the court issues this **Notice of Civil Cross-Claim**;  Notice of Fraud Upon the Court; Notice of Fraud Upon the Judge; Notice of Void Order; Memorandum of Law; and Order to Show Cause, to wit:

&#10148;   The court decrees VOID the order entitled "-ORDER-OF  COMMITTMENT; INDICTMENT" filed onto the public record on or about March 14, 2018 and a copy of the first page of which is attached to this Civil Cross-Claim.

&#10148;   Further, the Honorable Judge Frank Buttery et al,, Respondent(s), and Civil Cross-Claimant(s) (See Memorandum of Law (ie Brief) attached herein and throughout) are each invited to file and serve on all other interested parties and Clerk of the above-defined court a brief no later than June 18, 2018, to show cause to this court why this order should not take effect or should be modified.  As the court is a court of record, there will be no oral argument.  The court, mindful of the rights of the parties and the importance of fair play, will liberally construe the written causes presented. Alternatively, this case shall be impeached for lack of cause.

THE COURT

WITNESS:  the SEAL of the COURT this 21ˢᵗ day of June, 2018.

_daniel wayne, Sui Juris_

Presented BY: _rona theresa_
rona   theresa
Attorney in Fact

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on this 4th day of June, 2018, a copy of this document was

filed   in   the   district   court   of   the   united   states,   Virginia   LOUDOUN   COUNTY

_____ Clerk is instructed to serve all parties in this matter, notice to agent is

notice to principle; notice to principle is notice to agent.

_daniel wayne, Sui Juris_

By: _rona theresa_
rona theresa
Attorney in Fct

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_Alexandra_ DIVISION


_Daniel Wayne_
_____
                    Plaintiff(s),

                 v.

_Commonwealth of Va_
_____
                    Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of**_____.
                                              **(Title of Document)**

_daniel-wayne_
_Dji rona theresa_
_____
Name of _Pro Se_ Party (Print or Type)
_daniel wayne_
_by rona theresa attorney infact_
_____
Signature of _Pro Se_ Party

Executed on: _6-21-18_ (Date)

                                OR


**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                  **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of _Pro Se_ Party (Print or Type)

_____
Signature of _Pro Se_ Party

Executed on: _____ (Date)

IN THE district court of the United States

AT ALEXANDRIA, IN THE COURT OF MASTER OF EQUITY

i; a man prosecutor, son's name ending in us and,..........................Case Number: _____
second son's name ending in us
All Others Similarly Situated,

        **vs.**

**This claim FRANK BUTTERY; et al,**
**and all other trustees of interest;**

**All Others Similarly Situated**

        **Wrongdoers**

**i, a man prosecutor,** son's name ending in us  from **7802 killebrew drive, Annandale, Virginia,**
**[22003],,** requires; "a court of record;" trial by jury per amendment 7 of the bill of rights says, "in suits at
common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be
preserved, and no fact tried by a jury, shall be otherwise re-examined in any court of the united states,
than according to the rules of the common law."
**A trial by jury in a court of record; claim is:**

- **i, Master,** and  second son's name. ending in us **said wrong doer(s) trespassed upon my**
  **property, (Body) 7802 killebrew drive, Annandale, Virginia, [22003],**

- **Wrongdoers are attempting to administer, violently, harassing, breach, takeover, family**
  **trust property without right of contract.**

- **Wrongdoers denied all civil due process**

- **Wrongdoers made continuing court actions after my Body was kidnapped.**

- **Wrongdoers fail to notify the durable power of attorney in fact or intent**

- **Wrongdoers fail to make proper claim of debt/interest inside probate court; so that**
  **settlement of the estate could take place inside of probate court, where the heirs are**
  **protected by the probate judge, probate procedures, probate laws, and not outside of**
  **probate where the heirs are victimized**

- **Wrongdoers doers make continuous attempts to contract with Master, son's name ending in**
  **us**

- **Wrongdoers fail to submit claim of interest**

- **Wrongdoers made continuous attempts and never contacted the durable power of attorney**
  **in fact**

- **Wrongdoers fail to notify or answer the durable power of attorney in fact**

- **Wrongdoers fail to show wet ink /contract with wet ink signatures**

1

- **Wrongdoers fail to challenge the challenge by son's name ending in us**
- **Wrongdoers fail to settle this matter after it proceeded with Master, son's name ending in us' claim to/in a court of record/ Foreign Judgment with Attachments**
- **Wrongdoers fail to answer durable power of attorney in fact**
- **Wrongdoers fail to abide by the International and Virginia laws regarding International Standard of Duty and Care. *[cf} 28:451];* the *Uniform Statutory Form Power of Attorney Act, and Article 5, Part 5 of the Uniform Probate Code***
- **Wrongdoers fail to provide proof that Agents for Kelly Burk and David Meyer et al and have continued their actions/activities without authority or standing and most generally practicing law without a license.**
- **Wrongdoers fail to make or give statement of account**
- **Wrongdoers fail to provide a W9**
- **Wrongdoers fail to provide proof of 1099OID**
- **Wrongdoers fail to provide proof of 1096**
- **Wrongdoers fail to provide 8281**
- **The Wrongdoers and the harm continues until this day, 06/04//2018;**
- **i, require compensation for the initial and continual trespass on my property;**
- **compensation due: $1,000,000.00 plus damages of $50,000.00 a day until property is released free of encumbrances by any party alleging the claim in violation of the son's name ending in us standing;**

You have 21 days from today to receive, and respond, and produce this specific damaged party, verified contract along with proofs of specific debts and the amounts due, statement of account, signatures with wet ink signatures (not a copy), statement of insurance policies, W9, so that i, Master, son's name ending in us and can attempt to settle this matter in a proceeding with this claim in a court of record (article 4-4) any discoveries of lawsuits of liens, fines, given to Commonwealth of Virginia, et al.

Signature,

BY: *rona theresa*    Attorney in Fact
rona theresa

2

TO: _____

c/o. Address, _____

_____

## NOTICE OF APPOINTMENT OF DURABLE POWER
## ATTORNEY IN AND BY FACT

rona theresa, Attorney in Fact
care of: 7802 killebrew drive
Annandale, virginia [22003]

<p style="text-align:center; color:red;">WITHOUT CONTROVERSY</p>

It is hereby declared that \rona theresa Attorney in Fact el, ambassador of the supreme GOD (2 Corinthian 5:20), located at county Fairfax, Annandale, Virginia has been appointed as Durable Power Attorney in and by fact (Matthew 28:18), by *daniel*, Executor for *DANIEL-WAYNE-FITZGERALD* estate. The authority that exists has been ordain/appointed by GOD (Romans 13:1). The one who resist this authority is opposing what GOD has set in place (Romans 13:1).

\rona theresa Attorney in Fact el, *ambassador and defender of truth* (Philippians 1:7). As Appointed Power of Attorney in and by fact Rebuke all strongholds and revokes all previous assignments, any sale, or any creation of color of title, any color of law enforcement and deed nunc pro tunc. This revocation includes all rights and appointments (as TRUSTEES) granted in regard to real property/ property kept in King County, Washington near postal code [98038                    ].

Location of real property/property for *daniel* is the body which is the temple of God, own by God. (I Corinthian 6: 19) The real property description is a follows:  A Christian man, body, soul and spirit, fearfully and wonderfully made (Psalms 139:14)(Genesis 1:27), 6 foot 2 inches tall, grey-balding hair, blue eyes, weight 220 pounds, fair skin, " This property belongs to GOD. The prince must not take any of the inheritance of the people, driving them off their property. He is to give his sons their inheritance out of his own property, so that not one of my people will be separated from their property.'" (Ezekiel 46:18)

Therefore, \rona theresa Attorney in Fact el, ambassador of the supreme GOD, command the immediate release of your claims against the body and real property named *daniel*, the temple of the Holy Spirit, for it is owned by God (I Corinthians 6:19) (Psalms 142:7) Let daniel go! (Exodus 9:1)

And any further documents concerning *daniel* or *daniel* Estate, or questions should be sent to the address above. You are hereby demanded not to trespass against this *daniel* or *DANIEL-WAYNE-FITZGERALD*

estate, ("you" refers to any entity, agents, Police, U.S. Marshals, Deputies Marshal, Judges, Prosecutors, Correction Officers, Counselors, Probation Officers, Wardens, Corporations, Attorneys and Process servers, *et al*). Any further routine SOP (Standard Opoerating Proceedure) violations will pay 25, 000 (SOP) and 15,000 dollars per violator and 5,000 dollars per violation with a lien being placed against them and all their property.

It is further declared that any presumed/assumed authorities to act in the capacity on *david gregory willenborg* is demanded to cease and desist immediately. Further, violations will be dealt with (I Corinthians 6:2).

Be it known to all parties this is an agreement which is binding an enforceable.
Then the LORD said to \rona theresa, Attorney in Fact el (Moses), "Go to the Judges (Pharaoh) and speak to them, Thus says the LORD, the God of the Hebrews, "Let david (My people) go, that they/he may serve Me"
(Exodus 9:1) Thus says the Lord "but you have refused to let him go. Behold, I will kill your son, your firstborn" (Exodus 4:23).

WARNING, WARNING, CEASE AND DESIST IMMEDIATELY

\rona theresa, Attorney in Fact el
Ambassador

Witness

Witness

Durable Power Attorney in and by fact

so be it!

2 of 2

1

CERTIFIED MAIL #_____

### AFFIDAVIT

In  Support of and attached hereto and herein in support of the Memorandum of Law supporting the
Public Record of the denial of the Release of the body daniel wayne including all Constitutional Issues
presented to this court challenging the jurisdiction/authority of Loudoun County General District
Court-
and as against this Affiant

[us], having Son's name ending in us AKA [us], of Light-FATHER /Spirit-MOTHER /Truth-
SON, your Affiant, being competent to testify and being over the age of 21 years of age and is not an
infant, after being duly sworn according to law to tell the truth to the facts related herein states that
Affiant has firsthand knowledge of the facts stated herein and Affiant in GOOD FAITH does hereby
and herein provide Affiant's timely NOTICE AND OPPORTUNITY to respond by counter affidavit to
these facts being true to the best of Affiant's knowledge.

1) Affiant, is a living, breathing, sentient being on the land, a Natural Person, and therefore is not and
cannot be any ARTIFICIAL PERSON and, therefore, is exempt from any and all identifications,
treatments, and requirements as any ARTIFICIAL PERSON pursuant to any process, law, code, or
statute or any color thereof; and

2) Affiant is a sui juris (Of his own right; possessing full social and civil rights; not under any legal
disability, or the power of another, or guardianship. Having capacity to manage one's own affairs;
not under legal disability to act for one's self."(  (See Sui juris - BLACK'S LAW DICTIONARY –
ABRIGED SIXTH EDITION)  A free male of age of majority, a follower of Yahshua the Messiah
in the true laws of the universe, first and foremost and the laws of man when they are not in
conflict (Leviticus 18: 3, 4).  Pursuant to Matthew 5:33-37 and James 5;12, let Affiant's yea
by yea, and Affiant's nay be nay, as supported by Federal Public Law 97-280, 96 Stat.
1211(The Bible is the Word of God.)  Affiant has personal knowledge of the matters stated
herein, and hereby asseverate comprehending the liabilities presented in Briscoe v. La Hue
60 US 325; and

3) Affiant is not civilly dead, has the legal qualifications (i.e. legal age), competency, power or fitness.
Mental ability to understand the nature and effects of one's acts, has the capacity to contract, is not
a child under 7 years of age who lacks criminal capacity. and is not presumed to have duration of
life cease at the expiration of seven years from the time when the person was last known to be
living; and after the lapse of that period there is a presumption of death after seven years death has
annexed (Exhibit A definition of Presumptive death & Exhibit B Capacity, Capacity to contract &
Criminal capacity all from BLACK'S LAW DICTIONARY); and

4) Affiant has chosen a good name Pursuant to Proverbs 22:1 KING JAMES (KJ) BIBLE, "A good
(none good but one -Son's name ending in us) name is rather to be chosen than great riches, and
loving favor rather than silver and gold;" and

5) Affiant knows that Jesus is not his name as the letter "J" is less than 500 years old.  Thus, the "J" in
Jesus is likely a "Y" and his name is probably (Yes-us).  Affiant knows that in Collossians  4:11
(KJ) "and Jesus, which is called Justus who are of the circumcision.  These are my fellow workers
unto the kingdom of God, which have been a comfort unto me." In Colossians Chapter 4 (KJ)

2

Paul's name is really Paulus and Barnabas, Epahras and Demas have names that end in the sound of us. All other names in Colossians Chapter 4 (KJ) have names ending in "us" which are the fellow workers unto the kingdom of God. This supports the name probably being"Yesus" rather than Jesus.

6) Affiant knows that Jesus had another name as set forth in Revelations 19:11,12, &13 KJ Bible "And I saw heaven opened, and behold a white horse; and he that sat upon him was called Faithful and True, and in righteousness he doth judge and make war.  His eyes were as a flame of fire, and on his head were many crowns (names); and he had a name written that no man knew, but he himself; and

7) Affiant knows Affiant is to have a new name that no one knows saving he that receiveth it as set forth in Revelation 2: 17 "He that hath an ear, let him hear what the Spirit (Son's name ending in us) faith unto the churches; To him that overcometh (given name) will I give to eat of the hidden manna (Son's name ending in us – bread of life - undivided love), and will give him a white stone (pure name us), and in the stone (law-son's name ending in us) a new name (Son's name ending in us) written, which no name knoweth saving he that receiveth it;" and

8) Affiant knows that Affiant's new name ending in us is private between Affiant and Light/Spirit/Truth and cannot be spoken and is only written on one's heart as set forth in Revelations 3:12 KJ Bible "Him that overcometh (give name) will I make a pillar in the temple (house & family name ending in us) of my God, and he shall go no more out: and I will write upon him the name of my God, and the name of the city of my God, which is new Jerusalem, which cometh down out of heaven from my God; and I will write upon him my new name son's name ending in us; and

9) Affiant knows that sin is an archery term term that means to miss the bullseye or miss the mark-the precise accomplishment of a goal or purpose.  To become a Son of the Light/Spirit/Truth you must chose a Son's new name ending in us.  Thus to choose a new Son's name ending in us is to be one with the Light-Father/Spirit-Mother/Truth-Son that are all the Spirit of one or us.  By choosing a Son's name ending in us (bread of life – undivided love) you have put on the mind of Christ that is one Spirit with the Light/Spirit/Truth and you become the Son of Truth; and

10) Affiant knows from Revelation 1:5 & 6 KJ Bible "and from Jesus Christ, who is faithful witness, and the first-begotten of the dead (female give name me), and the prince of the kings of the earth.  Unto him that loved us, and washed us from our sins in his own blood, and hath made us kings and priests unto God and his Father; to him be glory and dominion for ever and ever.  Amen (Son's who have chosen a name ending in us); and

11) Affiant knows from Revelations 22:1-4 "And he showed me a pure river of water of life, clear as crystal, proceeding out of the throne of God and of the Lamb.  In the midst of the street of it, and on either side of the river, was there tree of life (Family name us), which bare twelve manner of fruits, and yield her fruit every month: and the leaves (Son' who have chosen a name ending in us) of the tree (family tree) were for the healing of the nations.  And there shall be no more curse (give female name me): but the throne of God and of the Lamb shall be in it; and his servants shall serve him: and thy shall see his face; and his name (Son's name ending in us) shall be in their foreheads (in their thoughts & minds;) and

3

12) Affiant knows that John 14: 2 KJ Bible "In my Father's house (family name us) are many <u>mansions</u> (Son's names ending in us); if it were not so, I would have told you.  I go to prepare a place (for Son's names ending in us) for you; and

13) Affiant's chosen real name is a <u>genuine</u> (free of forgery or counterfeiting), <u>peaceable</u> (free from the character of force, violence, or trespass; as a "peaceable entry" on lands.), <u>spiritual</u> – ending in us (relating to religi<u>ous</u> ecclesiastical persons or affairs, as distinguished from "secular" or lay, worldly, or business matters) man (1) an individual human; especially : an adult male human (2) ; a man belonging to a particular category (as by birth, residence, membership, or occupation) Son's name ending in <u>us</u> of the Affidavit.

14) Affiant knows that alleged *Virginia* public officials have failed to uphold the Constitution for the united states of America (unincorporated), statues , codes, rules and regulations that were written for only  alleged government officials.  Pursuant to the Constitution for the State of *Virginia* public officials must have a oath of office and personal bond filed timely with the Secretary of State or the County  before commencing term of public office.  Failure of a public official to file an oath of office and personal bond  before commencement of the term of office means the public office is vacant.  (See People v Quimby, 152 Colo. 231, 381 P.2d 275 (1963) "A person chosen to fill a term of office is not permitted to assume the duties of the office until he files a bond and oath of office, which must be done before the commencement of the term, or office shall be deemed vacant."

15) Affiant knows that if a public office is vacant ("Empty; unoccupied; as, a "vacant" office or parcel of land.  Deprived of contents, without inanimate objects. It implies entire abandonment, nonoccupancy for any purpose.  Absolutely free, unclaimed, and unoccupied.")  (See Vacant - BLACK'S LAW DICTIONARY – ABRIGED SIXTH EDITION)

16) Affiant knows by verification of certified documents with the *Washington* Secretary of State and the *Virginia* Counties that most public offices are vacant and that alleged public official have no Actual authority "The power of an agent to bind its principal where such power derives either from express or implied agreement between the principle and the agent.  In the law of agency, such authority as a principle intentionally confers on the agent, or intentionally or by want of ordinary care allows the agent to believe himself to possess.  Includes both express and implied authority." (See Actual authority - BLACK'S LAW DICTIONARY – ABRIGED SIXTH EDITION)

17) Affiant knows that Pursuant to Article III Sec. 3 of the Constitution for the united states of America (unincorported) that alleged public officials have committed Treason against the United States and have levied War against the people and have adhered to the peoples' Enemies (Corporations), giving the Enemies Aid and Comfort.

18) Affiant knows that Pursuant to the Constitution for the united states of America (unincorported) Article VI says, … "shall be the supreme Law of the Land; and the Judges in every State be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

4

19) Affiant knows that pursuant to Marbury v. Madison (1803) Supreme Court Case 5 U.S. 137 declaring the acts of Congress that conflict with the Constitution are null and void.

20) Affiant knows that public officials who public office are vacant are null and void, having no actual authority as these public offices are in conflict with the Constitution for the united states of America (unincorporated) and the Commonwealth for *Virginia* Constitution.

21) Affiant knows that no one is above the written law and a wise man will be nourished by the truth!!!

22) Affiant knows that if the written law is not enforced and alleged public officials who have commited criminal acts go unpunished then there is no justice and the people are all slaves to the foreign government system.

23) Affiant knows that an affidavit in commerce is true and correct unless counter affidavit rebuts point by point by a counter affidavit in written Affidavit Form within (30) days from receipt hereof providing Affiant with particularity by stating all requisite actual evidential fact and all requisite actual law, that this Affidavit Statements is substantially and materially false sufficiently to change materially Affiant's status and factual declarations with documented facts, law and supporting documents autographed under the pain and penalty of perjury within 30 days of your receipt; and

24) The absent of a counter affidavit by the Clerk of Court and Judge or authorized agent as set forth in Number 14 of this Affidavit will result in Affiant's default judgment of 3 times Affiant's wrongful imprisonment in the amount of $_____.   This is the penalty for fraud; and

25) Your failure to provide counter affidavit within 30 days of your receipt as set forth in Number 14 in this Affidavit will result in a default judgment being entered into Federal Court; and

26) Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law.  May the will of our Heavenly Father Yahvah, through the power and authority of His Son Yahshua be done in Earth (us) as it is in Heaven; and

27) Evidence of the living man is provided in the form of red thumb-print of Affiant and Affiant is Reserving All Natural God-Given Unalienable Birthrights, Waiving None, Ever; and

28) Affiant hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined; and

29) Affiant presents this Affidavit pursuant to Title 18 USC Sec. 4 – Misprision of felony that says, " Whosoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military under the United States, shall be fined under this title or imprisoned not more than three years or both." (See Exhibit C); and

5

30) Affiant declares under penalty of perjury under the laws of the United States of America that the foregoing is true an correct.  28 USC Sec. 1746; and

Further, Affiant sayeth naught.

*(red thumb-print)*

[us], AKA Son's name ending in us
BY: rona theresa, Attorney in Fact
genuine/peaceable/spiritual-man
Without Prejudice
All Rights Reserved UCC 1-308

_____          _____
            witness 1                                      witness 2

_____
            witness 3

[us], Son's name ending in us (Signature-red thump-print)
c/o postal service address: BY: Attorney in Fact
rona theresa
Loudoun County Sheriff Department
801 Sycolin Rd SE
Leesburg, Virginia 20176

## CERTIFICATE OF SERVICE

Affiant certify that a true and correct copy of the foregoing document was sent by mail, postage prepaid, on this 4th day of June 2018 to:

Clerk of the Court & Judge
care of: 18 East Market St.
Leesburg VA 20176